**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Samantha Augustinski,<br>　　　　Debtor | Case No. 5:20-bk-02513-MJC |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒　I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐　I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

☐　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or

_____

[*] Amounts are subject to adjustment on 4/1/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Document Ref: I4SRU-P79YN-LJEO8-HPTTZ

acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375$^*$ in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   09 / 28 / 2023

                                    Debtor Samantha Augustinski

# Signature Certificate

Reference number: I4SRU-P79YN-LJEO8-HPTTZ

| Signer | Timestamp | Signature |
|--------|-----------|-----------|
| **Samantha Augustinski**<br>Email: soliloghf@gmail.com | | |

| | | |
|--------|-----------|-----------|
| Sent: | 28 Sep 2023 16:15:10 UTC | |
| Viewed: | 28 Sep 2023 16:22:39 UTC | |
| Signed: | 28 Sep 2023 16:23:57 UTC | |

**Recipient Verification:**

✔ Email verified        28 Sep 2023 16:22:39 UTC

IP address: 24.115.165.65
Location: Wilkes-Barre, United States

Document completed by all parties on:
28 Sep 2023 16:23:57 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

