United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                         Case No. 20-02513-MJC

Samantha Donnell Augustinski                              Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                              Page 1 of 4

Date Rcvd: Oct 02, 2023                            Form ID: 3180W                            Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Samantha Donnell Augustinski, 171 Elizabeth St, Pittston, PA 18640-1046 |
| cr | | WELLS FARGO BANK, N.A., Wells Fargo Servicing Center, MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 5353595 | | Augustinski Samantha Donnell, 171 Elizabeth St, Pittston, PA 18640-1046 |
| 5353598 | | Car Lotta Credit, 303 Wyoming Ave, Kingston, PA 18704-3502 |
| 5353599 | | Community Bank, 45-49 Court St, Canton, NY 13617-1179 |
| 5353603 | + | Geisinger, 1000 East Mountain Dr., Wilkes-Barre, PA 18711-0001 |
| 5353604 | | George Augustinski, 171 Elizabeth St, Pittston, PA 18640-1046 |
| 5353607 | # | Joseph Dominguez, 211 E 2nd St Apt B, Berwick, PA 18603-4825 |
| 5353609 | | LVNV Funding LLC, PO Box 385908, Minneapolis, MN 55438-5908 |
| 5353611 | | Michael Panzetta, 333 Municipal Rd, Dallas, PA 18612-6009 |
| 5353612 | | Michele Augustinski, 171 Elizabeth St, Pittston, PA 18640-1046 |
| 5353613 | + | PNC, 664 Wyoming Ave, Kingston, PA 18704-3722 |
| 5353617 | | Professional Account Management LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 5353620 | | Robert Sheils, III, 108 N Abington Rd, Clarks Summit, PA 18411-2505 |
| 5353596 | | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5353622 | | U.S. Attorney for Pa. Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 02 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366560 | + | EDI: CINGMIDLAND.COM | Oct 02 2023 22:41:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER,, NJ 07921-2693 |
| 5353597 | | Email/Text: bankruptcynotices@aarons.com | Oct 02 2023 18:44:00 | Aaron's, 125 S Wyoming Ave, Kingston, PA 18704-3405 |
| 5358414 | | EDI: WFNNB.COM | Oct 02 2023 22:41:00 | Comenity Bank/Torrid, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5358766 | ^ | MEBN | Oct 02 2023 18:37:55 | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5353600 | | EDI: CCS.COM | Oct 02 2023 22:41:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5355192 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5353601 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 02 2023 18:47:26 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5353602 | | Email/Text: data_processing@fin-rec.com | Oct 02 2023 18:47:26 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 5358415 | | EDI: CCS.COM | Oct 02 2023 18:44:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5353605 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 02 2023 22:41:00 | GEICO/Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 5353606 | | EDI: LCIICSYSTEM | Oct 02 2023 18:44:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 5353608 | | Email/Text: bankruptcy@kornerstonecredit.com | Oct 02 2023 22:41:00 | IC System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 5355191 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 18:44:00 | Kornerstone Credit, LLC, 1111 E Draper Pkwy Ste 200, Draper, UT 84020-9058 |
| 5353610 | | Email/Text: bankruptcy@marinerfinance.com | Oct 02 2023 18:47:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5355775 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 02 2023 18:44:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5353614 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2023 18:44:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5353615 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2023 18:44:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5361752 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2023 18:44:00 | PNC Bank Card Services, PO BOX 3180, Pittsburgh, PA 15230 |
| 5353616 | | EDI: PRA.COM | Oct 02 2023 18:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5353618 | | EDI: CCS.COM | Oct 02 2023 22:41:00 | Portfolio Recovery Associates LLC, PO BOX 12914, Norfolk, VA 23541 |
| 5361087 | | EDI: Q3G.COM | Oct 02 2023 22:41:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5353619 | | Email/Text: bankruptcy@rentacenter.com | Oct 02 2023 22:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5353736 | + | EDI: RMSC.COM | Oct 02 2023 18:44:00 | Rent A Center, 1844 N Township Blvd, Pittston, PA 18640-3550 |
| 5353621 | | EDI: RMSC.COM | Oct 02 2023 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353623 | | Email/Text: electronicbkydocs@nelnet.net | Oct 02 2023 22:41:00 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 5367879 | | EDI: AIS.COM | Oct 02 2023 18:44:00 | U.S. Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 5353624 | | EDI: LCIICSYSTEM | Oct 02 2023 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5358416 | | EDI: WFFC2 | Oct 02 2023 22:41:00 | Verizon Wireless, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5353625 | + | EDI: WFFC2 | Oct 02 2023 22:41:00 | Wells Fargo, P.O. Box 5058, Portland, OR 97208-5058 |
| 5364082 | + | EDI: WFFC2 | Oct 02 2023 22:41:00 | Wells Fargo Bank, PO BOX 94435, Albuquerque, NM 87199-4435 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 02 2023 22:41:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 5353626 | + | EDI: WFFC2 | | |
| | | | Oct 02 2023 22:41:00 | Wells Fargo Bank, N.A., PO Box 33068, Raleigh, NC 27636-3068 |
| 5356237 | + | EDI: WFFC2 | | |
| | | | Oct 02 2023 22:41:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 5356561 | | EDI: WFFC2 | | |
| | | | Oct 02 2023 22:41:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5353627 | | EDI: WFFC2 | | |
| | | | Oct 02 2023 22:41:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 5371269 | + | Email/Text: ebankruptcy@woodforest.com | | |
| | | | Oct 02 2023 18:44:00 | Woodforest National Bank, P.O. Box 7889, The Woodlands, TX 77387-7889, The Woodlands, TX 77387-7889 |
| 5358417 | | Email/Text: ebankruptcy@woodforest.com | | |
| | | | Oct 02 2023 18:44:00 | Woodforest National Bank, P.O. Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 5368277 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5358413 | ## | AT&T/Credence Resource Management, 17000 Dallas Pkwy., Ste 204, Dallas, TX 75248-1940 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Samantha Donnell Augustinski brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Samantha Donnell Augustinski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Samantha Donnell Augustinski | Social Security number or ITIN xxx–xx–7632 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02513–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Samantha Donnell Augustinski
aka Sam Augustinski, aka Samantha Augustinski

10/2/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**